## UNITED STATES of America, Plaintiff–Appellee,

v.

Mario **RODRIGUEZ–MALDONADO, a.k.a. Mario Maldonado Rodriguez, a.k.a. Pablo Ochoa–Sanchez, Defendant–Appellant.**

**Nos. 14–10157, 14–10158.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2015.*

Filed Feb. 25, 2015.

Matthew G. Eltringham, Assistant U.S., Office of the U.S. Attorney Tucson, AZ, for Plaintiff–Appellee.

Matthew J. McGuire, Patagonia, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

MEMORANDUM ***

In these consolidated appeals, Mario Rodriguez–Maldonado appeals from the district court's judgments and challenges the 24–month sentence imposed following his guilty-plea conviction for attempted reentry after deportation, in violation of 8 U.S.C. § 1326, and the 18–month, partially concurrent sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rodriguez–Maldonado contends that the district court procedurally erred by failing to provide a sufficient explanation for the sentences imposed, including its reasons for rejecting his arguments in favor of a lower sentence. We review for plain error, *see United States v. Miqbel,* 444 F.3d 1173, 1176 (9th Cir.2006), and find none. The record demonstrates that the court heard Rodriguez–Maldonado's arguments in mitigation, and its explanation of the sentence was adequate. *See United States v. Carty,* 520 F.3d 984, 992–93, 995 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

